# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0030. CORE USA, LLC v. OFFICE PRODUCTS MARKETING & ADVERTISING, INC.**

Appellant Core USA, LLC filed a notice of appeal from the trial court's order dismissing its breach of contract complaint. Around the time the case was transmitted to this Court – but before the case was docketed – the appellant filed a motion to withdraw the appeal in the trial court. After the case was docketed, the appellant filed a motion in this Court seeking to withdraw the notice of appeal. The appellant's motion is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/10/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*